JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
NAZHMUDIN RUSTAMOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHCHIRSKIY, et al.,<br><br>Defendants. | No. CR-S-12-060 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS<br><br>Date: December 6, 2012<br>Time: 9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Lee Bickley, Assistant United States Attorney, together with counsel for defendant Anton Tkachev, Chris Haydn-Myer, Esq., and counsel for defendant Nazhmudin Rustamov, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on October 11, 2012.

2. By this stipulation, defendants now move to continue the status conference until December 6, 2012 and to exclude time between October 11, 2012 and December 6, 2012 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 1,500 pages of discovery and three co-defendants.

1

b. Counsel for the defendants need additional time to review the discovery and conduct investigation.

c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 11, 2012 to December 6, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 9, 2012   /s/ Chris Hayd-Myer
CHRIS HAYDN-MYER
Attorney for Defendant
Anton Tkachev

Dated: October 9, 2012                    /s/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Nazhmudin Rustamov


Dated: October 9, 2012                    Benjamin B. Wagner
                                          United States Attorney

                                          by:/s/  Lee Bickley
                                          LEE BICKLEY
                                          Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE